IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

FILED
JUL 6 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION, | ) | |
| Plaintiff, | ) | 06-498 C |
| v. | ) | Case Number: |
| THE UNITED STATES of AMERICA, | ) | Judge |
| Defendant. | ) | |

**EXHIBITS TO THE COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**
**VOLUME I**

# THESE EXHIBITS CONTAIN PROTECTED CONFIDENTIAL/PROPRIETARY MATERIAL AND ARE FILED UNDER SEAL

# THESE EXHIBITS ARE SUBJECT TO A GAO PROTECTIVE ORDER

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 6 2006
U.S. COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION, | ) | 06-498 C |
| Plaintiff, | ) | |
| v. | ) | Case Number: ________ |
| THE UNITED STATES of AMERICA, | ) | Judge |
| Defendant. | ) | |

**EXHIBITS TO THE COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF**
**VOLUME II**

# THESE EXHIBITS CONTAIN PROTECTED CONFIDENTIAL/PROPRIETARY MATERIAL AND ARE FILED UNDER SEAL

# THESE EXHIBITS ARE SUBJECT TO A GAO PROTECTIVE ORDER