ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

FILED
JUL 6 2006
U.S. COURT OF FEDERAL CLAIMS

MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION,

Plaintiff,

v.

THE UNITED STATES of AMERICA,

Defendant.

06-498 C
Case Number: ____

Judge

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

COMES NOW Plaintiff, Microdyne Outsourcing, Inc., a subsidiary of L-3 Communications Corporation ("L-3/MOI") and, pursuant to the requirements of Rule 7.1, Fed.R.Civ.P., hereby states that its parent corporation is L-3 Communications Corporation, a publicly traded corporation. L-3/MOI is a wholly owned subsidiary of L-3 Communications Corporation.

This 6th day of July, 2006.

John H. Horne
Powell Goldstein LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
Telephone Number: (404) 572-6600
Facsimile Number: (404) 572-6999

Of Counsel:

Carl A. Gebo
Diane Festin LaRoss
Mark B. Carter
Powell Goldstein LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
Telephone Number: (404) 572-6600
Facsimile Number: (404) 572-6999

::ODMA\PCDOCS\ATL\1048570\1

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing Plaintiff's Rule 7.1 Corporate Disclosure Statement to be served by hand delivery, this 6th day of July 2006, to:

United States Department of Justice
Commercial Litigation Branch
8th Floor
1100 L Street, N.W.
Washington, DC 20530

John H. Horne

::ODMA\PCDOCS\ATL\1048570\1