# In The United States Court of Federal Claims

| | |
|---|---|
| MICRODYNE OUTSOURCING, INC.<br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES<br>*Defendant.* | No. 06-498<br><br>Judge L. Margolis<br><br>BID PROTEST |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel certifies that Lockheed Martin Aspen Systems Corporation is wholly owned by Lockheed Martin Services, Inc., which is a wholly-owned subsidiary of Lockheed Martin Corporation.

Respectfully Submitted,

/s/ Thomas L. McGovern III

Thomas L. McGovern III
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
202-637-5784
202-637-5910 (fax)
TLMcGovern@HHLaw.com

Dated: July 6, 2006