**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>DATARAC INFORMATION SERVICES, INC.,<br><br>Intervenor,<br><br>ASPEN SYSTEMS CORPORATION,<br><br>Intervenor. | Case Number: 06-498C<br><br>(Senior Judge Margolis) |

**STIPULATION TO STAY PERFORMANCE OF THE CONTRACTS AND TO HOLD PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION IN ABEYANCE**

Microdyne Outsourcing, Inc., a subsidiary of L-3 Communications Corporation, Plaintiff ("L-3/MOI"), The United States, Defendant, Datatrac Information Services, Inc., Intervenor, ("Datatrac") and Aspen Systems Corporation, Intervenor ("Aspen") (and together "Intervenors") submit the following stipulation.

1. Defendant agrees that the Department of Homeland Security's United States Citizenship and Immigration Service ("USCIS") will stay the performance, by Datatrac, of Contract HSSCCG-06-D-00003, and the performance, by Aspen, of Contract

HSSCCG-06-D-00002, until the Court renders its decision on motions and cross-motions for judgment on the Administrative Record.

2. Defendant further agrees not to seek a ruling from the Court on Plaintiff's Application for Temporary Restraining Order, and Motion for Preliminary Injunction.

3. Plaintiff hereby agrees not to seek a ruling from the Court on Plaintiff's Application for Temporary Restraining Order, and Motion for Preliminary Injunction.

4. The Intervenors hereby agree not to seek a ruling from the Court on Plaintiff's Application for Temporary Restraining Order, and Motion for Preliminary Injunction.

5. The parties so stipulate, based on their understanding that the Court has established a schedule of motions and briefings to submit this matter to the Court for resolution by August 31, 2006.

6. Should, however, circumstances change so that this matter cannot be submitted for resolution on the Administrative Record by that date, any party may seek leave of the Court to amend this Stipulation, after providing written notice to the other parties before seeking such leave.

7. Any party who seeks leave of Court to amend this Stipulation agrees that the filing of such request for leave shall excuse all parties from their obligations pursuant to paragraphs 2-4.

So Stipulated and Agreed to by the Parties:

s/John H. Horne____________________________

John H. Horne
Carl A. Gebo
Diane Festin LaRoss
Mark B. Carter
Powell Goldstein LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
Telephone: (404) 572-6600
Facsimile: (404) 572-6999

Counsel for Plaintiff
Microdyne Outsourcing, Inc., a subsidiary of
L-3 Communications Corporation

[Signatures continued on next page]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/John J. Todor
JOHN J. TODOR
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attention: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 616-2382
Facsimile: (202) 307-0972

July 11, 2006

Attorneys for Defendant

s/Rand L. Allen
Rand L. Allen, Esq.
Daniel P. Graham, Esq.
Kevin J. Plummer, Esq.
Wiley Rein & Fielding LLP
1776 K Street NW
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049

Counsel for Intervenor
Datatrac Information Services, Inc.

s/Thomas L. McGovern
Thomas L. McGovern, Esq.
Michael D. McGill, Esq.
Deborah A. Raviv, Esq.
Hogan & Hartson LLP
Columbia Square
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Counsel for Intervenor
Aspen Systems, Inc.

SO ORDERED, this ____ day of ____________________, 2006.

________________________________

JUDGE LAWRENCE S. MARGOLIS