**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

**FILED: JULY 11, 2006**

| | |
|---|---|
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, and<br><br>DATATRAC INFORMATION SERVICES, INC.,<br><br>Defendant-Intervenor, and<br><br>ASPEN SYSTEMS, INC.,<br><br>Proposed Defendant-Intervenor. | Case Number: 06-498C<br><br>(Senior Judge Margolis) |

**ORDER**

Pursuant to the status conference held on July 6, 2006, the Court enters the following order:

1. The Court granted Plaintiff leave to file its pleadings under seal pursuant to, and in full accordance with, RCFC Appendix C, ¶¶ 4-7.

2. Intervention. Before the court was Datatrac Information Services, Inc.'s ("Datatrac") Motion to Intervene. There being no opposition to Datatrac's intervention, the court granted Datatrac's Motion to Intervene. Aspen Systems, Inc.("Aspen") advised the court that Aspen planned to file a Motion to Intervene. There being no opposition to Aspen's intervention, the court advised that it would grant Aspen's Motion to Intervene when filed.

3. Protective Order. Upon agreement of the parties, the court orally ordered the imposition of the Protective Order found at RCFC Form 8, with the only modification being that all persons admitted under the GAO Protective Order (entered into pursuant to

Plaintiff's bid protest action pursuant to USCIS Solicitation Number HSSCCG-05-R-00012) were automatically admitted under the Protective Order in this matter. There being no opposition by the parties, the applications for admission to the Protective Order by Bruce Shirk, Kathleen Hamann, and Christopher Jordan (all attorneys at Powell Goldstein, LLP) are hereby granted.

4. Court Proceedings

a. On or before July 10, 2006, Plaintiff will file a Motion to Compel Discovery and/or Supplement the Administrative Record.

b. On or before July 12, 2006, Intervenors' Motions to Dismiss will be filed.

c. On or before July 14, 2006, the United States will file the Administrative Record.

d. On or before July 17, 2006, Responses to Plaintiff's Motion to Compel Discovery and/or Supplement the Administrative Record will be filed.

e. On or before July 19, 2006, Responses to Intervenors' Motions to Dismiss will be filed.

f. On July 20, 2006, at 2:00 p.m. Eastern Standard Time, the court will convene a telephonic hearing regarding Plaintiff's Motion to Compel Discovery and/or Supplement the Administrative Record.

g. On or before August 7, 2006, all Motions for Judgment on the Administrative Record will be filed.

h. On or before August 18, 2006, all Responses to the Motions for Judgment on the Administrative Record will be filed.

i. The court will convene oral argument regarding the Motions for Judgment on the Administrative Record at some time during the week of August 21, 2006. The court will notify the parties of the exact date and time.

**IT IS SO ORDERED.**

________________________________

LAWRENCE S. MARGOLIS
Judge