# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant, and

DATATRAC INFORMATION SERVICES, INC.,

Defendant-Intervenor,

ASPEN SYSTEMS, INC.,

Defendant-Intervenor.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 06-498C

(Filed: July 13, 2006)

**O R D E R**

The Stipulation filed by the parties in the above case on July 11, 2006 to Stay Performance of the Contracts and to Hold Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction in Abeyance is adopted by the Court.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims