# In the United States Court of Federal Claims

| | |
|---|---|
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION, Plaintiff, | |
| v. | No. 06-498C |
| THE UNITED STATES, Defendant, and | (Filed: July 13, 2006) |
| DATATRAC INFORMATION SERVICES, INC., Defendant-Intervenor, | |
| ASPEN SYSTEMS, INC., Defendant-Intervenor. | |

**ORDER**

The parties have leave to file their pleadings under seal in the above case and shall do so electronically.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims