# In the United States Court of Federal Claims

| | |
|---|---|
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS, CORPORATION, | |
| Plaintiff, | |
| v. | No. 06-498C |
| THE UNITED STATES, | (Filed: July 13, 2006) |
| Defendant, and | |
| DATATRAC INFORMATION SERVICES, INC., | |
| Defendant-Intervenor, | |
| ASPEN SYSTEMS, INC., | |
| Defendant-Intervenor. | |

## ORDER

A review of the pleadings indicates that I am disqualified from this proceeding pursuant to 28 U.S.C. § 455(a).

Accordingly, it is **ORDERED** that the matter is returned to the Clerk for random reassignment to another Judge.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims