**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION, | ) | |
| Plaintiff, | ) | Case No. 06-498C |
| v. | ) | (Senior Judge Hodges) |
| THE UNITED STATES, | ) | |
| Defendant, and | ) | |
| DATATRAC INFORMATION SERVICES, INC., | ) | |
| Intervenor, | ) | |
| ASPEN SYSTEMS CORPORATION, | ) | |
| Intervenor. | ) | |

**NOTICE OF FILING THE ADMINISTRATIVE RECORD**

Pursuant to Paragraph 21 of Appendix C of the Rules of the Court of Federal Claims and the Court's July 7, 2006 protective order, attached is a CD-ROM containing the administrative record. The administrative record contains material designated as "Protected Material" pursuant to the plaintiff's motion for a protective order of July 6, 2006. Accordingly, to ensure that the protected material not be inappropriately disclosed, we request that the administrative record be filed under seal. We are filing a motion for leave to file on CD-ROM and to waive paper copy simultaneously with this notice.

As per the Court's oral statement during the telephonic status conference of July 6, 2006, admitting counsel for all parties to the proposed protective order that the Court entered on July 7, 2006, defendant is serving counsel for all parties with a copy of the record.

For these reasons, defendant notifies the Court of the filing of the administrative record under seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/John J. Todor
JOHN J. TODOR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530
Telephone: (202) 616-2382
Facsimile: (202) 307-0972

July 14, 2006

Attorneys for Defendant