**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION, Plaintiff, | Case No. 06-498C |
| v. | (Senior Judge Hodges) |
| THE UNITED STATES, Defendant, and | |
| DATATRAC INFORMATION SERVICES, INC., Intervenor, | |
| ASPEN SYSTEMS CORPORATION, Intervenor. | |

**DEFENDANT'S MOTION FOR LEAVE**
**TO FILE ON CD-ROM AND TO WAIVE PAPER COPY**

Defendant, the United States, respectfully requests leave to file the administrative record utilizing a CD-ROM. This case is designated an electronic filing case pursuant to the Court's CM/ECF system. The administrative record in this case will exceed the 2MB size limitation applicable to electronic files and the 50 page limitation applicable to printed documents provided in RCFC General Order 42A I. ¶¶ 4, 5. Counsel for plaintiffs and intervenors have stated that they do not object to this motion.

The administrative record consists of several volumes. This voluminous set of documents can most efficiently be delivered to the Court and to plaintiff on a CD-ROM. This method will provide efficient and easy access to the record, because we can submit the record in

searchable format. Filing by another media also provides the most efficient method for submission of the sealed version of the record. Indeed, pursuant to General Order 42A I. ¶ 7, the sealed administrative record may not be filed electronically unless authorized by the Court.

Based upon the portability and ease of manipulation of the documents on a CD-ROM, we also respectfully request that the Court waive the requirement in paragraph 5 of General Order 42A that an additional paper copy be supplied to the Court.

For these reasons, defendant respectfully requests that this motion for leave to file the administrative record on CD-ROM and to waive the additional paper copy be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/John J. Todor
JOHN J. TODOR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C., 20530
Telephone: (202) 616-2382
Facsimile: (202) 307-0972

July 14, 2006

Attorneys for Defendant