# In the United States Court of Federal Claims

* * * * * * * * * *

MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant, and

DATATRAC INFORMATION SERVICES, INC.,

Defendant- Intervenor, and

LOCKHEED MARTIN ASPEN SYSTEMS CORP.,

Defendant-Intervenor.

* * * * * * * * * *

No. 06-498C

Filed: July 17, 2006

**ORDER**

There being no opposition by the parties, we hereby GRANT the application of Michael J. Vernick for access to material covered by the protective order.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge