# In the United States Court of Federal Claims

* * * * * * * * *

MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant, and

DATATRAC INFORMATION SERVICES, INC.,

Defendant- Intervenor, and

LOCKHEED MARTIN ASPEN SYSTEMS CORP.,

Defendant-Intervenor.

* * * * * * * * *

No. 06-498C

Filed: July 17, 2006

**ORDER**

Defendant's motion for leave to file the administrative record on CD-ROM and to waive the filing of the paper copy is GRANTED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge