# In the United States Court of Federal Claims

* * * * * * * * * *

MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION, *

Plaintiff, * No. 06-498C

v. * Filed: July 21, 2006

UNITED STATES OF AMERICA, *

Defendant, and *

DATATRAC INFORMATION SERVICES, INC., *

Defendant- Intervenor, and *

LOCKHEED MARTIN ASPEN SYSTEMS CORP., *

*

Defendant-Intervenor.

* * * * * * * * * *

**ORDER**

Counsel for plaintiff and defendant agreed to meet to discuss any misunderstandings concerning information that may not be included in the record, yet offer support for the Agency's to award the contract that is the subject of this lawsuit. We ask that counsel complete these discussions no later than August 4 if possible. They may request additional time if discussions are productive though not complete, or if unavoidable delays intervene. We are available at any time to meet with counsel to inquire further into a review of the record, or other matters that may expedite a resolution of this matter.

The parties have a schedule for completing the briefing process. If matters do not work out otherwise, we will rule on all pending motions when that process is complete.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge