# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * | * | |
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION, | * | |
| Plaintiff, | * | No. 06-498C |
| v. | * | Filed: July 25, 2006 |
| UNITED STATES OF AMERICA, | * | |
| Defendant, and | * | |
| DATATRAC INFORMATION SERVICES, INC., | * | |
| Defendant- Intervenor, and | * | |
| LOCKHEED MARTIN ASPEN SYSTEMS CORP., | * | |
| | * | |
| Defendant-Intervenor. | | |
| * * * * * * * * | * | |

**ORDER**

Plaintiff Microdyne requests our permission to file an amended complaint. United States Court of Federal Claims Rule 15(a) concerns amendments to pleadings. The Supreme Court has construed the rule as follows: "leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits." Foman v. Davis, 371 U.S. 178, 182 (1962) (interpreting Fed. R. Civ. P. 15(a) containing same language as this court's Rule 15(a)) (citation omitted). We believe that under the circumstances presented it is a reasonable exercise of our discretion to afford plaintiff the opportunity it seeks. Accordingly, plaintiff's motion for leave to amend its complaint is GRANTED. We will issue a substantive order for the record as soon as possible. Any dispositive motions the parties wish to file in response to the amended complaint may be brought prior to or concurrent with motions for judgment on the record.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge