# In the United States Court of Federal Claims

* * * * * * * * * *
MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION, *

Plaintiff, * No. 06-498C

v. * Filed: July 27, 2006

UNITED STATES OF AMERICA, *

Defendant, and *

DATATRAC INFORMATION SERVICES, INC., *

Defendant- Intervenor, and *

LOCKHEED MARTIN ASPEN SYSTEMS CORP., *

*

Defendant-Intervenor.
* * * * * * * * * *

**ORDER**

The Clerk of Court is directed to remove from the Court of Federal Claims' CM/ECF system the portable document format (pdf) files and any attachments contained therein from the following docket entries in the protest of Microdyne Outsourcing, Inc. v. United States, No. 06-498:

# 41 RESPONSE to Joint MOTION to Dismiss pursuant to Rule 12(b)(1) *and Rule 12(b)(6) Agreed-Upon Redacted Version*, filed by MICRODYNE OUTSOURCING, INC.

# 42 First MOTION to Amend Pleadings - Rule 15 - *Approved Redacted Copy*, filed by MICRODYNE OUTSOURCING, INC.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge