# In the United States Court of Federal Claims

* * * * * * * * *
MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION, *

Plaintiff, * No. 06-498C

v. * Filed: July 27, 2006

UNITED STATES OF AMERICA, *

Defendant, and *

DATATRAC INFORMATION SERVICES, INC., *

Defendant- Intervenor, and *

LOCKHEED MARTIN ASPEN SYSTEMS CORP., *

*

Defendant-Intervenor.
* * * * * * * * *

**ORDER**

Pursuant to a telephonic conference between the parties and the court on July 24, 2006, we enter the following:

Discovery Motion. Plaintiff filed a motion to compel discovery and/or supplement the administrative record. We suggested at a hearing on July 20 that the parties engage in discussions outside of court regarding the disputed discovery matters but such talks never transpired. All parties have represented that this matter has been fully briefed for the court.

Motion to Dismiss. Intervenors filed a Motion to Dismiss on July 12, and plaintiff responded on July 19. It is our understanding Judge Margolis limited all briefing in this protest to opening motions and responses. However, during the July 24 telephonic conference the court invited Intervenors to file a reply. As such, plaintiff has stated it intends to seek leave to file a surreply.

Court Proceedings. The court will convene oral arguments on these two motions on Thursday, August 3, at 10:00 a.m. at the United States Court of Federal Claims. The court plans to rule promptly so this protest may continue according to the current briefing schedule for the parties' cross-motions for judgment on the record.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge