**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES of AMERICA,<br><br>Defendant, and<br><br>DATATRAC INFORMATION SERVICES, INC.,<br><br>Defendant-Intervenor, and<br><br>LOCKHEED MARTIN ASPEN SYSTEMS CORP.,<br><br>Defendant-Intervenor. | ) | Case Number: 06-498C<br><br>Judge Robert H. Hodges, Jr. |

**MOTION TO EXTEND TIME FOR FILING**
**CROSS MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, Plaintiff, Microdyne Outsourcing, Inc., a subsidiary of L-3 Communications Corporation ("L-3/MOI"), respectfully requests an extension of the time in which the Parties must file their Cross Motions for Judgment on the Administrative Record. Defendant, the United States of America; and Intervenors, Datatrac Information Services, Inc. and Lockheed Martin Aspen Systems Corporation have been consulted and do not object. In support of its Motion, L-3/MOI shows the Court as follows:

1. On July 13, 2006, the Court entered an Order that all Parties were to file their Cross Motions for Judgment on the Administrative Record no later than August 7, 2006.

2. On August 3, 2006, a hearing was held on Intervenors' Motion to Dismiss and Plaintiff's Motion to Compel.

3. The Parties are currently involved in discussions to resolve the outstanding discovery issues.

4. L-3/MOI requests a four-day extension to file the Cross Motions for Judgment on the Administrative Record. No other extensions have been requested to date by any party.

5. The length of the requested extension is necessary because it will afford the Parties an opportunity to resolve the outstanding discovery issues and then allow L-3/MOI to file its motion. The overall proceedings will not be delayed, as the deadline for filing Responses to the Cross Motions for Judgment on the Administrative Record will not change.

**WHEREFORE**, L-3/MOI respectfully requests that the Court grant their Joint Motion and extend the deadline for filing Cross Motions for Judgment on the Administrative record to August 11, 2006. A proposed Order is attached for the Court's convenience.

This 4th day of August, 2006.

__s/ John H. Horne____________________

John H. Horne
Powell Goldstein LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
Telephone Number: (404) 572-6600
Facsimile Number: (404) 572-6999

Of Counsel:

Carl A. Gebo
Diane Festin LaRoss
Mark B. Carter
Chris Jordan
Powell Goldstein LLP
One Atlantic Center

Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
Telephone Number: (404) 572-6600
Facsimile Number: (404) 572-6999

W. Bruce Shirk
Kathleen M Hamann
Powell Goldstein LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone Number: (202) 347-0066
Facsimile Number: (202) 624-7222

::ODMA\PCDOCS\ATL\1061411\1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES of AMERICA,<br><br>Defendant, and<br><br>DATATRAC INFORMATION SERVICES, INC.,<br><br>Defendant-Intervenor, and<br><br>LOCKHEED MARTIN ASPEN SYSTEMS CORP.,<br><br>Defendant-Intervenor. | ) | Case Number: 06-498C<br><br>Judge Robert H. Hodges, Jr. |

**ORDER**

Plaintiff's Motion to Extend Time for Filing Cross Motions for Judgment on the Administrative Record is hereby GRANTED. Cross Motions for Judgment on the Administrative Record shall be due from all Parties no later than August 11, 2006.

______________________________
Robert H. Hodges, Jr.
Judge