# In the United States Court of Federal Claims

* * * * * * * * *

MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant, and

DATATRAC INFORMATION SERVICES, INC.,

Defendant- Intervenor, and

LOCKHEED MARTIN ASPEN SYSTEMS CORP.,

Defendant-Intervenor.

* * * * * * * * *

No. 06-498C

Filed: August 4, 2006

**ORDER**

Plaintiff's unopposed motion to extend the deadline for filing of the parties' cross-motions for judgment is GRANTED. The new deadline for these motions is August 11. All responses remain due on or before August 18.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge