**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case Number: 06-498C |
| THE UNITED STATES of AMERICA, | ) | Judge Robert H. Hodges, Jr. |
| Defendant, and | ) | |
| DATATRAC INFORMATION SERVICES, INC., | ) | |
| Defendant-Intervenor, and | ) | |
| LOCKHEED MARTIN ASPEN SYSTEMS CORP., | ) | |
| Defendant-Intervenor. | ) | |

**JOINT NOTICE OF FILING AGREED-UPON REDACTED COPY OF COURT'S OPINION OF AUGUST 8, 2006**

COMES NOW, Plaintiff, Microdyne Outsourcing, Inc., a subsidiary of L-3 Communications Corporation ("L-3/MOI"), and respectfully submits the attached Agreed-Upon Redacted Copy of this Court's August 8, 2006 Opinion ("Opinion"). The Opinion granted Plaintiff's request for leave to file its supplemental reply brief. The Opinion also Granted in part and Denied in part Intervenors' Motion to Dismiss. The Court instructed the parties to identify the material subject to redaction by August 11, 2006. Defendant, the United States of America; and Intervenors, Datatrac Information Services, Inc. and Lockheed Martin Aspen Systems

Corporation have reviewed and approved the Agreed-Upon Redacted Copy of the Opinion attached to this Notice.

This 10th day of August, 2006.

s/ John H. Horne
John H. Horne
Powell Goldstein LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
Telephone Number: (404) 572-6600
Facsimile Number: (404) 572-6999

Of Counsel:

Carl A. Gebo
Diane Festin LaRoss
Mark B. Carter
Chris Jordan
Powell Goldstein LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
Telephone Number: (404) 572-6600
Facsimile Number: (404) 572-6999

W. Bruce Shirk
Kathleen M Hamann
Powell Goldstein LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone Number: (202) 347-0066
Facsimile Number: (202) 624-7222

**::ODMA\PCDOCS\ATL\1063170\1**