**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES of AMERICA,<br><br>Defendant, and<br><br>DATATRAC INFORMATION SERVICES, INC.,<br><br>Defendant-Intervenor, and<br><br>LOCKHEED MARTIN ASPEN SYSTEMS CORP.,<br><br>Defendant-Intervenor. | ) | Case Number: 06-498C<br><br>Judge Robert H. Hodges, Jr. |

**PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT**
**THE ADMINISTRATIVE RECORD**

Plaintiff, Microdyne Outsourcing, Inc., a subsidiary of L-3 Communications ("L-3/MOI") hereby requests leave of this Court to Supplement the Administrative Record to include documents and testimony to rebut Defendant's assertion of industry standards and best practices and in support of its contention in its Motion for Judgment on the Administrative Record, discussed previously with the Court.



PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER

This 11th day of August, 2006.

Respectfully submitted,

s/John H. Horne
John H. Horne
Powell Goldstein LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
Telephone Number: (404) 572-6600
Facsimile Number: (404) 572-4527

Of Counsel:

Carl A. Gebo
Diane Festin LaRoss
Mark B. Carter
Powell Goldstein LLP
One Atlantic Center
Fourteenth Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309-3488
Telephone Number: (404) 572-6600
Facsimile Number: (404) 572-4527

W. Bruce Shirk
Kathleen M Hamann
Powell Goldstein LLP
901 New York Avenue, N.W.
3rd Floor
Washington, DC 20001
Telephone Number: (202) 347-0066
Facsimile Number: (202) 624-7222

::ODMA\PCDOCS\ATL\1063122\1



PROTECTED INFORMATION TO BE DISCLOSED ONLY IN ACCORDANCE WITH
U.S. COURT OF FEDERAL CLAIMS PROTECTIVE ORDER