# In the United States Court of Federal Claims

* * * * * * * * *

MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION, *

Plaintiff, * No. 06-498C

v. * Filed: August 15, 2006

UNITED STATES OF AMERICA, *

Defendant, and *

DATATRAC INFORMATION SERVICES, INC., *

Defendant- Intervenor, and *

LOCKHEED MARTIN ASPEN SYSTEMS CORP., *

Defendant-Intervenor. *

* * * * * * * * *

**ORDER**

Before the court are: (1) the Government's motion to supplement the record; (2) plaintiff's motion to exceed the fifty-page limit on opening briefs; (3) plaintiff's motion to file a corrected copy of its brief; and (4) plaintiff's motion for leave to supplement the record with documents and testimony to rebut defendant's assertion of industry standards and best practices.

Government's motion. The Government moved this court to supplement the administrative record on August 11 to include certain documents requested by plaintiff. Counsel for plaintiff and defendant-intervenors do not object. The Government's motion is GRANTED.

Plaintiff's motions. The court will hold a telephonic status conference Wednesday, August 16 at 10:00 a.m. to provide defendant and intervenors the opportunity to respond briefly to these motions. We will be prepared to rule immediately following the conference.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge