# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant, and

DATATRAC INFORMATION SERVICES, INC.,

Defendant- Intervenor, and

LOCKHEED MARTIN ASPEN SYSTEMS CORP.,

Defendant-Intervenor.

* * * * * * * * * * * * * * * * * * *

No. 06-498C

Filed: August 16, 2006

**ORDER**

Plaintiff's motions for leave to exceed the page limit on its motion for judgment on the administrative record and its motion to file a corrected copy of that motion are GRANTED. Plaintiff's proposed revisions are substantially clerical. As we discussed during the status conference on August 16, the parties' reply briefs are due no later than Friday, August 18, limited to thirty pages in accordance with Rule 5.2.

Oral arguments on the parties' cross-motions for judgment on the administrative record will be held on Tuesday, August 22, at 10:00 a.m. in the National Courts Building. Courtroom assignments will be posted in the lobby on that morning.

SO ORDERED.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge