# In the United States Court of Federal Claims

* * * * * * * * *

MICRODYNE OUTSOURCING, INC., a subsidiary of L-3 COMMUNICATIONS CORPORATION,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant, and

DATATRAC INFORMATION SERVICES, INC.,

Defendant- Intervenor, and

LOCKHEED MARTIN ASPEN SYSTEMS CORP.,

Defendant-Intervenor.

* * * * * * * * *

No. 06-498C

Filed: August 23, 2006

**ORDER**

For the reasons stated on the record of the August 22 hearing, defendant's and intervenors' motions for judgment on the administrative record are GRANTED. Plaintiff's motions for judgment and for injunctive relief correspondingly are DENIED. All pending motions are moot and therefore DENIED. We will enter an Order and Opinion to memorialize the rationale stated by the court in the near future. To avoid further delay, the Clerk of Court will enter judgment as directed and dismiss plaintiff's Complaint.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge