# In the United States Court of Federal Claims

**No. 06-498 C**

**MICRODYNE OUTSOURCING, INC.,**
**A SUBSIDIARY OF L-3 COMMUNICATIONS CORPORATION,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**DATATRAC INFORMATION SERVICES, INC.,**
**Defendant-Intervenor,**
**and**

**LOCKHEED MARTIN ASPEN SYSTEMS CORP.,**
**Defendant-Intervenor.**

**JUDGMENT**

Pursuant to the court's Order, filed August 23, 2006, granting defendant's and intervenors' motions for judgment on the administrative record, and denying plaintiff's motions for judgment and injunctive relief,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**August 25, 2006** By: s/ Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.